1  J. KEVIN LILLY, Bar No. 119981
   klilly@littler.com
2  SCOTT M. LIDMAN, Bar No. 199433
   slidman@littler.com
3  ELIZABETH NGUYEN, Bar No. 238571
   enguyen@littler.com
4  SIMERDIP KHANGURA, Bar No. 272525
   skhangura@littler.com
5  LITTLER MENDELSON, P.C.
   2049 Century Park East
6  5th Floor
   Los Angeles, CA  90067.3107
7  Telephone:  310.553.0308
   Facsimile:  310.553.5583
8
   Attorneys for Defendants
9  ASHLEY FURNITURE INDUSTRIES, INC. AND
   STONELEDGE FURNITURE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARISSA DUGAN, individually, and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC.; a corporation; STONELEDGE FURNITURE, LLC a limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  8:16-cv-01125 PA (FFMx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR PROTECTIVE ORDER REGARDING PROTECTION AGAINST INADVERTENT PRODUCTION OF PRIVILEGED DOCUMENTS** |

LITTLER MENDELSON, P.C.
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Firmwide:141473396.1 061736.1008                    1.

## **ORDER**

The Court has reviewed the parties' Joint Stipulation for Protective Order Regarding Protection Against Inadvertent Production of Privileged Documents ("Protective Order"). Good cause appearing, the parties' Protective Order is GRANTED. The stipulated Protective Order is hereby entered and approved by the Court for use in the above-captioned case subject to the following conditions:

    a.    The Court may modify this Order *sua sponte* in the interest of justice.

    b.    This Order is subject to further court orders based upon public policy and other considerations.

IT IS SO ORDERED.

DATED: July 14, 2016

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:141473396.1 061736.1008

2.